UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00096JVS(JDEx) | Date | September 9, 2020 |
| Title | Canadian Standards Association v Z Industrial Distribution, Inc, et al | | |

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] SCHEDULING CONFERENCE**

      The Scheduling Conference set for September 14, 2020 at 10:00 a.m. is continued to September 28, 2020 at 10:00 a.m.

Defendants are Ordered to Show Cause in writing by September 21, 2020 why the Court should not strike the answer and/or sanction counsel for failure to submit a joint report and meet and confer in connection therewith. The filing of a JOINT report by the same date will be deemed a satisfactory response.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |